NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVETTA STEPHENSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2015-3002

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-14-0019-I-2.

---

## O R D E R

The court construes Evetta Stephenson's recently-docketed petition for review as a motion for a stay of proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that all deadlines in this proceeding are extended by 90 days.

2                                  STEPHENSON v. ARMY

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30